

NEW YORK   PENNSYLVANIA   NEW JERSEY   DELAWARE

GABRIELLE A. GIOMBETTI
T. 215 836 1883
F. 215 836 2845
GGIOMBETTI@WARDGREENBERG.COM

December 7, 2016

*Via ECF and Federal Express*

Chief Magistrate Judge Martin C. Carlson
United States District Court
Middle District of Pennsylvania
228 Walnut Street, 11th Floor
Harrisburg PA 17101

   Re:   *American Power, LLC v. Speedco, Inc., et al.*
           *Civil Action No. 1:15-cv-02091-YK*

Dear Judge Carlson:

In anticipation of the upcoming oral argument for Defendants' Motion to Dismiss Al Clauson and for Summary Judgment, I am enclosing a disc containing the 77 photographs taken during defendants' inspection on November 18, 2016. The argument is currently scheduled for December 12, 2016 at 10:30 a.m. We may reference some of these photographs during the argument.

Thank you for your consideration of this matter.

Respectfully submitted,

Gabrielle A. Giombetti

GAG/mm
Enclosure

   cc:   *(via ECF, photographs previously produced)*
          Robert N. Wilkey, Esquire

WARD GREENBERG HELLER & REIDY LLP

1835 MARKET STREET | SUITE 650 | PHILADELPHIA PA 19103 | T. 215 836 1100 | F. 215 836 2845 | WARDGREENBERG.COM