# WILKEY LEGAL CONSULTANTS, LLC

ROBERT N. WILKEY, ESQ.

EAGLEVIEW OFFICE PLAZA
600 EAGLEVIEW BLVD., SUITE 300
EXTON, PA 19341
WWW.ROBERTWILKEY.COM

(888) 598-1112 (TOLL FREE)
(610) 465-7393 (LOCAL)
(484) 698-7961 (FACSIMILE)
RW@ROBERTWILKEY.COM

---

Chief Magistrate Judge Martin C. Carlson
United States District Court
Middle District of Pennsylvania
228 Walnut Street, 11th Floor
Harrisburg, PA 17101

December 12, 2016

SENT VIA ECF and EMAIL

    RE:    *American Power, LLC, v. Speedco, Inc. et. al.* (1:15-cv-2901-YK)
               (Oral Argument)

Dear Judge Carlson:

       In anticipation of oral argument scheduled for this morning at 10:30 AM, please kindly find attached herein a copy of Plaintiff's PowerPoint Presentation (courtesy copies will be provided at hearing). To the extent permissible, Plaintiff will be addressing such subject matters fully understanding the Court may dictate the discussion. Also, please be advised, that Plaintiff may refer in pertinent part to the following documents (already part of the record) and attached herein via email for your convenience:

    Affidavits of Tony Allen and American Power, ECF No. 62-19;
    Affidavits of Ronald Hockenberry, ECF No. 71-3;
    Affidavit of Mr. Al Clauson, ECF No. 62-11;
    Expert Report of Al Clauson dated May 31, 2016, ECF No. 62-2;
    Supp. Expert Report of Al Clauson dated Oct. 11, 2016, ECF No. 62-4;
    Supp. Expert Report of Al Clauson dated Nov. 4, 2016, ECF No. 71-1;
    Supp. Expert Report of Al Clauson dated Nov. 29, 2016, ECF No. 84-2;
    Supp. Expert Reports of Mr. Lance Watt, July 22, 2016 and Oct. 15, 2016, ECF No. 62-3;
    Air Inlets Photo 1, ECF No. 84-3;
    Air Inlets Photo 2, ECF No. 84-4;
    Air Inlets Photo 3, ECF No. 84-5

                                            Sincerely yours,

                                            Robert N. Wilkey, Esq.

cc: Gerhard P. Dietrich, Esq. via ECF